No. 09-8499. Rodrigo Figueroa-Trejo, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1213.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 349 Fed. Appx. 221.

No. 09-8500. Adrian Garcia-Alcantar, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1370.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 277.

No. 09-8501. Sergio Garcia-Aparicio, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1428.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 282.

No. 09-8503. Marco Todd, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1174.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8505. Charles Jerome Adams, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1420.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 825.

No. 09-8508. Vincent Chaney, Petitioner v. United States.

559 U.S. 958, 130 S. Ct. 1557, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1133.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 584 F.3d 20.

No. 09-8509. Sandry Garcia-Garcia, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1454.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 354 Fed. Appx. 434.

No. 09-8516. Leonel Londono-Cardona, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1186.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-8518. Quincy Fontal Jackson, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1413.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 739.

No. 09-8519. Olivar Martinez-Blanco, Petitioner v. United States.

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 145, 2010 U.S. LEXIS 1450.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 351 Fed. Appx. 339.